UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

PEDRO LOPEZ

                                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-2843 ( ) ( )

Defendant __PEDRO LOPEZ__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _XX_ teleconferencing:

__XX__ Initial Appearance Before a Judicial Officer

__XX__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____ Bail/Detention Hearing

_____ Conference Before a Judicial Officer

verbal consent obtained on the record
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**PEDRO LOPEZ**
Print Defendant's Name

_(signature: Dawn M. Florio)_
Defendant's Counsel's Signature

**DAWN M. FLORIO**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/12/2021
Date

_(signature)_
U.S. District Judge/U.S. Magistrate Judge